

FILED
CLERK, U.S. DISTRICT COURT
AUG 15 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARNELL ANTWON CUNNINGHAM,<br><br>Defendant. | Case No.  CR 11-00033-PA<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On August 10, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this case. Deputy Federal Public Defender ("DFPD") Cuauhtemoc Ortega was appointed to represent Defendant for the initial appearance only. DFPD Charles Brown was appointed to represent Defendant.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ recent revocation of supervised release in 2016

☒ outstanding warrant for failure to appear on a misdemeanor violation

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ criminal history following sentencing in the underlying matter includes narcotics related felony conviction

☒ allegations in the violation petition include numerous failures to abide by the conditions of supervised release.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: August 15, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

2

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
Carnell Antwon Cunningham ) Case No. CR 11-00033-PA
_Defendant_ )

FILED
CLERK, U.S. DISTRICT COURT
AUG 10 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEP

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/10/17

_Defendant's signature_

_Signature of defendant's attorney_

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_Signature of Interpreter_